170 A.3d 349

NEW YORK–CONNECTICUT DEVELOPMENT CORP., PLAINTIFF, v. BLINDS–TO–GO (U.S.) INC., DEFENDANT/THIRD–PARTY PLAINTIFF–RESPONDENT, v. ANTHONY NARDOZZI, ET AL., THIRD–PARTY DEFENDANTS, AND JUSTAN ELECTRICAL CONTRACTING, INC., THIRD–PARTY DEFENDANT–PETITIONER. AND OTHER RELATED CASES

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005660–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.